No. 9682. STEVE TOM NOVICH, Claimant and Respondent, *v.* JACK D. DAY and LIBERTY NATIONAL INSURANCE COMPANY, Appellants.

304 Pac. (2d) 1119.

Decided Jan. 2, 1957.

*Floyd O. Small* and *Clayton R. Herron*, Helena, for appellant.

*Robert E. Doepker*, Boulder, for respondent.

MR. CHIEF JUSTICE ADAIR:

Upon reading and filing the stipulation of the parties to the above entitled action, and the Court being fully advised in the premises;

It is hereby ordered and this does order, that the above entitled action be dismissed with prejudice as being fully and finally compromised and settled, each party to pay his, her or its own costs.